THE STATE OF OHIO, APPELLANT, *v.* SCHIRTZINGER, APPELLEE.

[Cite as *State v. Schirtzinger* (1998), 83 Ohio St.3d 112.]

(No. 97–2404—Submitted August 19, 1998—Decided September 16, 1998.)

---

*W. Duncan Whitney,* Delaware County Prosecuting Attorney, and *Gregory D. Brunton,* Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.